IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-00345-F-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ROBERT CARL SVENDSEN | ) | |
| | ) | |

This matter is before the court on Defendant Robert Carl Svendsen's Motion to Seal [DE-18] the document at Docket Entry 17. The court heard argument on the instant motion during Defendant Svendsen's sentencing hearing on March 31, 2016. For good cause shown, the motion is ALLOWED. It is hereby ordered that Docket Entry 17 be sealed until such time as the court determines that the aforementioned filing should be unsealed.

SO ORDERED.

This the 31st day of March, 2016.

*James C. Fox*
JAMES C. FOX
Senior U.S. District Judge