UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Robert Carl Svendsen**  **Docket No. 5:15-CR-345-1M**

**Petition for Action on Supervised Release**

COMES NOW Marisa D. Watson, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Robert Carl Svendsen, who, upon an earlier plea of guilty to Receipt of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on March 31, 2016, to the custody of the Bureau of Prisons for a term of 135 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of life. On February 9, 2024, this case was reassigned to Chief U.S. District Judge Richard E. Myers II. On February 28, 2024, pursuant to a sentence reduction, the defendant's term of imprisonment was reduced to 121 months.

Robert Carl Svendsen was released from custody on February 29, 2024, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 3, 2024, the defendant submitted to a psycho-sexual evaluation with Integrated Behavioral Healthcare Services in Raleigh, North Carolina. As a result of the evaluation, it was recommended that the following specific conditions be added. The defendant signed a Waiver of Hearing agreeing to the proposed modifications of supervision that he and the probation officer both believe will help him continue to be successful while completing his term of supervised release.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. To ensure compliance with supervision, the defendant shall submit to unannounced searches of any computer or computer equipment (including mobile phones, tablets, and data storage devices) which may include the use of computer monitoring technology, computer search or analysis software, and copying of all data from the device and external peripherals. Such examination may require the removal of devices from the defendant's possession for the purpose of conducting a thorough inspection.

2. The defendant shall not possess any legal or illegal pornographic material, including any materials depicting and/or describing "child pornography" and/or "simulated" child pornography as defined in 18 U.S.C. § 2256, nor shall the defendant enter any location where such materials can be accessed, obtained, or viewed, including pictures, photographs, books, writings, drawings, videos, or video games.

Except as herein modified, the judgment shall remain in full force and effect.

Robert Carl Svendsen
Docket No. 5:15-CR-345-1M
Petition For Action
Page 2

Reviewed and approved,

/s/ Maurice J. Foy
Maurice J. Foy
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Marisa D. Watson
Marisa D. Watson
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8690
Executed On: May 30, 2024

## ORDER OF THE COURT

Considered and ordered this 31st day of May, 2024, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief U.S. District Judge